William A. HANDLEY v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 325-76

September 12, 1977. The decision of the Employment Security Board sustaining the findings of the appeals referee that the claimant was not subject to disqualification when no offer or refusal of work actually occurred is affirmed. See *Jenkins* v. *Department of Employment Security*, 135 Vt. 210, 373 A.2d 533 (1977).

Dale D. STUART v. Luther C. STUART, JR., No. 223-75

September 13, 1977. The purported order of the presiding judge, dated July 1, 1975, is vacated for lack of jurisdiction, and the cause is remanded for hearing de novo of all motions pending after the court order dated May 23, 1975, or subsequently filed. No enforcement of the provisions of the May 23, 1975, order shall be permitted until after the expiration of the appeal period as extended by V.R.A.P. 4.

S. ROSENTHAL & SON, INC. v. LAKE CHAMPLAIN BRIDGE COMMISSION, No. 279-76

September 14, 1977. The trial court, after purporting to make findings of fact while "declining jurisdiction," granted a summary declaratory judgment for the defendant. No judgment order was in fact entered. The findings and conclusions below are vacated, and the cause remanded.

Manuel MARTIN and Charles Shortle v. THE BOARD OF ZONING ADJUSTMENT OF THE CITY OF RUTLAND AND ERIN CORPORATION, No. 152-77

September 16, 1977. Motion to remand denied; Time for perfecting appeal pursuant to V.R.A.P. 31 to commence September 16, 1977.

Robert JOLLEY & Bruce Jolley, Co-Executors of the Estate of E. J. Jolley v. Robert TERJELIAN & Blanche Terjellan, Individually and d/b/a Shelburne Road Imports, No. 24-77

September 19, 1977. The sole basis for appeal in this cause is the absence, upon the judgment order, of the signature of the assistant judge who, together with the presiding judge, heard the matter and signed the findings of fact and conclusions of law. No signature except that of the presiding judge is required upon a judgment order. V.R.C.P. 58. Appeal dismissed, to be certified down forthwith.

STATE of Vermont v. Howard LAMELLE, No. 256-77

September 19, 1977. Motion for stay pending appeal denied.